FILED

01/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0557

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-21-0557

| | |
|---|---|
| ESTATE OF JAMES W. GROMILLER<br><br>Acting through Executrix Nancy Newhams,<br><br>Plaintiff/Appellee,<br><br>vs.<br><br>ANDREW B. GROMILLER,<br><br>Defendant/Appellant. | **ORDER DISMISSING APPEAL** |

Appellant's Motion to Dismiss is GRANTED.

IT IS ORDERED that this appeal is dismissed with prejudice.

DATED this _____ day of _____, _____.

_____
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 12 2022